MARY KATE SULLIVAN (State Bar No. 180203)
KIMBERLY A. PAESE (State Bar No. 258594)
kap@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

JS-6

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| RICHARD D. WALKER,<br><br>    Plaintiff,<br><br>vs.<br><br>ACCEPTANCE CAPITAL MORTGAGE CORP.; NATIONSTAR MORTGAGE, LLC; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: SACV12-02167 JVS (MLGx)<br><br>**ORDER GRANTING STIPULATION AND DISMISSING ACTION WITH PREJUDICE**<br><br>Action Filed:  November 9, 2012<br>Trial Date:    None Set |

ORDER

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED as follows:

1. The entire action is hereby dismissed with prejudice, each side to bear its own costs.

**IT IS SO ORDERED.**

Dated: March 04, 2013

_____
Honorable James V. Selna